NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,**
*Appellant*

v.

**PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,**
*Appellee*

---

15-1200
(Serial no. 105,970 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the appellant Industrial Technology Research Institute's unopposed motion to

extend time to file appellant's principal brief until March 19, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

February 4, 2015         /s/ Daniel E. O'Toole
                         Daniel E. O'Toole
                         Clerk of Court


cc: David S. Forman
Erik R. Puknys
Edward R. Reines
Derek C. Walter